IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON WADE LICENSING, LLC, | **Trial by Jury Demanded** |
| Plaintiff, | |
| v. | Case No. 12-CV-8150 |
| STEED MEDIA GROUP, INC., and DANIELLE CANADA, | Hon. Thomas M. Durkin |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brandon Wade Licensing, LLC and Defendants Steed Media Group, Inc. and Danielle Canada have resolved their disputes. Accordingly, they stipulate, by and through their respective attorneys, that all claims, causes of actions, defenses and counterclaims asserted in the above-referenced action be dismissed with prejudice. The parties shall bear their respective costs and attorneys' fees.

Respectfully Submitted,

/s/ Albert Chapar

/s/ Konrad Sherinian
    with permission by Konrad Sherinian

Konrad Sherinian
The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Tel: (630) 318-2606
Fax: (630) 318-2605
Email: ksherinian@sherinianlaw.net

Albert A. Chapar, Jr.
The Chapar Firm, LLC
945 Bank Street, Suite B
Conyers, Georgia 30012
Tel: (770) 483-4115
Fax: (770) 750-0250
Email: achapar@chaparlaw.com